# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TERESA HUFFMAN | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. BANK N.A., IN ITS CAPACITY | § | |
| AS TRUSTEE FOR THE REGISTERED | § | CIVIL ACTION NO. 3:24-CV-1745-S-BT |
| HOLDERS OF MASTR ASSET | § | |
| BACKED SECURITIES TRUST 2005- | § | |
| NC1, MORTGAGE PASS-THROUGH | § | |
| CERTIFICATES, SERIES 2005-NC1, | § | |
| and PHH MORTGAGE | § | |
| CORPORATION | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 18, 2025.

_____
**UNITED STATES DISTRICT JUDGE**